IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN HARDNEY,

    Petitioner,                                  No. CIV S 06-0300 LKK EFB P

    vs.

TOM CAREY, Warden, et al.,

    Respondents.                      ORDER

_____/

        Petitioner is a state prisoner seeking a writ of habeas corpus.  See 28 U.S.C. § 2254.  On June 16, 2006, the court gave respondents 45 days to file and serve a response to the petition.

        The 45 days have passed and respondents have not filed and served a response.

        Accordingly, respondents have 30 days from the date this order is served to explain in writing why they failed to comply with the June 16, 2006, order.  The Clerk of the Court is directed to serve this order on Stanley Cross, Senior Assistant Attorney General.

So ordered.

Dated: August 29, 2006.

\hard0300.osc

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE