IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN HARDNEY,

      Petitioner,                    No. CIV S-06-0300 LKK EFB P

      vs.

TOM CAREY, Warden,

      Respondent.            <u>ORDER</u>

                           /

      Petitioner is a state prisoner seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On June 16, 2006, the court directed the Clerk of the Court to serve petitioner's application for a writ of habeas corpus on Jo Graves, Senior Assistant Attorney General and gave respondent 45 days to respond to the application. On September 5, 2006, petitioner requested respondent's default be entered for failing timely to respond as ordered. *See* Fed. R. Civ. P. 55. Entry of default is inappropriate here.

      Senior Assistant Attorney General Stanley Cross is the correct representative in the Office of the California Attorney General to receive service in section 2254 actions. It appears that through clerical oversight, the application and the June 16, 2006, order were served on the wrong assistant attorney general.

////

1   Accordingly, it is ORDERED that petitioner's September 5, 2006, request is denied. The
2 Clerk of the Court shall serve the February 2, 2006, petition for a writ of habeas corpus, the
3 court's June 16, 2006, order and this order on Senior Assistant Attorney General Stanley Cross.
4 Respondent shall file and serve a response to the petition in accordance with the June 16, 2006,
5 order.
6 Dated: September 14, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

\hard0300.dny default