UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN HARDNEY,

                                NO. CIV. S-06-300 LKK/EFB

        Petitioner,

   v.

TOM CAREY, Warden,                         **O R D E R**

        Respondent.
_____/

    Petitioner has filed a motion for reconsideration of the magistrate judge's September 14, 2006 order denying the motion for entry of default judgment. The motion was denied because "through clerical oversight, the [habeas] application and the June 16, 2006 order [directing respondents to answer within forty-five days], were served on the wrong assistant attorney general." Order at 1.

    A non-dispositive pretrial motion referred to the magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(A) is reviewed under a clearly erroneous or contrary to law standard. See 28 U.S.C. § 636(b)(1)(A); Local Rule 72-303(f); United States v. Raddatz, 447 U.S. 667, 673 (1980). Under this standard, the magistrate judge's

1

decision is affirmed unless "the reviewing court on the entire evidence is left with the definite and firm conviction that a mistake has been committed." <u>United States v. U.S. Gypsum Co.</u>, 333 U.S. 364, 395 (1948).

    The denial of the motion for default judgment was not clearly erroneous or contrary to law. Accordingly, the motion for reconsideration is hereby DENIED.

    IT IS SO ORDERED.

    DATED: December 19, 2006.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2