IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN HARDNEY,

    Petitioner,                     No. CIV S-06-0300 LKK EFB P

    vs.

THOMAS CAREY, Warden, et al.,

    Respondents.               ORDER

_____/

        Petitioner is a state prisoner proceeding without counsel on a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He has filed a Notice of Change of Address, and requests therein an order compelling prison officials to return his legal materials. Dckt. No. 26. For the reasons explained below, his request is denied.

        Petitioner asserts that he has been transferred to four different institutions since January 26, 2009. *Id.*, at 2. He claims that because of the transfers his legal materials were confiscated in January, they have not yet been returned, and they are necessary for him to litigate this action. *Id.* However, there is nothing further for petitioner to do in this case. His petition has already been drafted and filed. Respondents filed an answer to the petition on October 30, 2006, and petitioner filed a reply on December 4, 2006. The matter stands submitted and there is nothing further for plaintiff to do.

1

1    Accordingly, It is hereby ORDERED that petitioner's May 11, 2009, motion for an order
2 directing prison officials to return his legal materials is denied.
3 Dated: October 1, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE